*F. E. Strickland, solicitor,* contra.

## 20381, 20382. LEE *v.* THE STATE.

BROYLES, C. J. In each of these cases the verdict was amply authorized by the evidence, and the court did not err in overruling the motion for a new trial, which was based upon the usual general grounds.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 16, 1930.

*J. A. Drake,* for plaintiff in error.
*B. T. Castellow, solicitor-general, Bond Almand,* contra.